# United States District Court
## Southern District of Georgia

CHARLES ANTHONY DAVIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-015
(Formerly CR 110-041)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2019 adopting the Report and Recommendations as the Court's opinion, that Petitioner's objections are overruled and his motions to appoint counsel and leave to proceed in forma pauperis are denied as moot. Respondent's motion to dismiss is also denied as moot; therefore, Petitioner's Motion filed pursuant to 28 USC § 2255 is hereby dismissed and a Certificate of Appealability in this case is also denied. Accordingly, Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



03/05/2019  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*